**SMOOTHIE KING FRANCHISES, INCORPORATED, Plaintiff–Appellee**

v.

**SOUTHSIDE SMOOTHIE & NUTRITION CENTER, INCORPORATED; David J. Gregory, Defendants–Appellants.**

No. 12–30647.

United States Court of Appeals, Fifth Circuit.

March 12, 2013.

Michael D. Joblove, Nina Greene, Attorney, Genovese, Joblove & Battista, Miami, FL, Leopold Zangwill Sher, Ashley Gremillion Coker, Esq., James M. Garner, Esq., Sher Garner Cahill Richter Klein & Hilbert, L.L.C., New Orleans, LA, for Plaintiff–Appellee.

Donald Joseph Schutz, Esq., Schutz Litigation, L.L.C., Saint Petersburg, FL, for Defendants–Appellants.

Before JOLLY, GARZA, and OWEN, Circuit Judges.

PER CURIAM: *

AFFIRMED. *See* 5TH CIR. R. 47.6.

---

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.